FILED
IN CLERKS OFFICE

2022 SEP -0 PM 3: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## DISCTRICT OF MASSACHUSETTS

ARNOLD A. NOEL
on behalf of HIMSELF,
and all others similarly situated,

    *Plaintiffs*,

v.

HAWAIIAN TELCOM;

ERIC K. YEAMAN, CEO,

STEVEN GOLDEN, VICE PRESIDENT

LES UEOKA, EXEC DIRECTOR

ROY WHITNEY, MANAGER

JOHN V. RODRIGUES, (SENIOR

SECURE DNA SECURITY CONSULANT.)

JOHN J. RODRIGUES; CYBER SECURITY

MURIEL C. RODRIGUES; CYBER SECRUTY
GIAVANNA RODRIGUES; RECRUITER,
DIGITAL RECORDER (PICTURES, AUDIO)
MONTE P. DAWSON, C.E.O COAST EAST
ELECRTONICS.
VICKI DAWSON, (WIFE: GOVERNMENT
ACCESS LIBRARY, TOWN FREETOWN)
EAST COAST ELECTRONICS.
(CAMERAS, ALL HIDDEN ELECTRONICS)
CHRISTOPHER L. DESOUSA (P.I)
BRIDGET DESOUSA, NURSES AID


ATTORNEY GENERAL MAURA HEALEY
DEPARTMENT OF CHILDREN SERVICES
SHARAE BARBOSA, D.C.F AGENT
KATHLEEN A. REAGAN, ESQ
FREEMAN/MATHIS & GARY, LLP
FLYNN/WIRKUS/YOUNG, P.C

Civil Action No.

**COMPLAINT**

**JURY DEMANDED**
Compounded / In Camera

*Defendants.*

**COMPLAINT FOR CONSPIRACY TO STEAL RIGHTS (4TH) FOURTH AMENDEMNT VIOLATION, (14) AMENDEMNT VIOLATION INJUNCTIVE RELIEF TO HAND OVER ALL SEIZED PHOTOS, RECORDINGS, VIDEOS, AND SOCIAL SECURITY CARD, PASSWPORT INFORMATION, AND MEDICAL RECORDS AND FOR INDIVIDUAL RELIEF AND COMPENSATORY DAMAGES**

**FEDREAL QUESTIONS PRESENSENTED**

1. Whether the government may arrest a protected induvial, meaning under the disability act, while in his home, searched, ARRESTED, and brought to the Court without probable cause, but solely on M.G.L, section 12, without a due process clause, found in M.G.L 51A?

2. Whether The Commonwealth policy of interpreting neglect and abuse violates plaintiffs due process rights when it formulated its own definition, to fit a narrative simply to conspire, to take Plaintiff's rights, when knowing that their definition and conclusion from a fabricated story from its agents.

3. Whether The Commonwealth violated Plaintiff 4 amendment rights, when it trespassed on private property, with a defective warrant, when it arrested Plaintiff without probable cause, while in peace inside his house?

4. Whether The Commonwealth over stepped, while keeping plaintiff locked up, without explanations of his due process rights, while placed in a cell with criminals, while not violating any laws.

5. Whether The Commonwealth 51A 15-day clause was violated, when state agent inserted deliberate deception?

6. Whether the 15 day clause was violated, when DCF allotted time expired, yet conducted illegal search of plaintiff medical records, without consent when DCF knew they ran out of time, and needed Court permission to search through Plaintiff medical records, and that of his children?

7. Whether DCF sharing personal protect information gathered outside of the 15 day provision, violates HIPPA Laws, when it shared that information with Third parties Not entitled to those information?

8. Whether fabricating a false abuse and neglect through the D.C.F agency violates Plaintiff Process? their  while knowing no danger ever existed from the onset of their investigation.

9. Whether The Department Of Children Family ("DCF") policies or practices of seizing Black Fathers rights without reasonable suspicion or probable cause and based solely on the Department "Interpretation" What constitute Neglect, and Abuse, based on "their" version, and <u>nothing</u> "else", while falsifying Narrative to suit Agency Policy, to permanently own those rights;.

10. DCF's policy or practice violates the Fourth Amendment When it seized Plaintiff

Protective Rights, without probable cause, and with reckless disregard for truth as to whether their allegations were true.

11. **CONSTITUTIONAL PROVISIONS INVOLVED**

Fourth Amendment, U.S. Constitution.................................................................................
Fifth Amendment, U.S. Constitution..................................................................................
Eleventh Amendment, U.S. Constitution..........................................................................
Fourteenth Amendment, U.S. Constitution......................................................................

**STATUTORY PROVISIONS INVOLVED**

12. 18 U.S. Code § 241, Conspiracy against rights..........

    18 U.S. Code§ 242, Deprivation of rights under color of law......................................

**CONSTITUTIONAL PROVISIONS INVOLVED**

This case involves the **Fourth, Fifth, Eleventh and Fourteenth Amendments to the United States Constitution Amendment V** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**The Fifth Amendment** creates a number of rights relevant to both criminal and civil legal proceedings. In criminal cases, the Fifth Amendment guarantees the right to a grand jury, forbids "double jeopardy," and protects against self-incrimination. It also requires that "due process of law" be part of any proceeding that denies a citizen "life, liberty or property" and requires the government to compensate citizens when it takes private property for public use.

**Amendment XI** The Judicial power of the United States shall not be construed to extend to any suit in
-Jaw or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

**The Eleventh Amendment** was the first Constitutional amendment adopted after the Bill of Rights. The amendment was adopted following the Supreme Court's ruling in Chisholm v. Georgia, 2 U.S. 419 (1793). In Chisholm, the Court ruled that federal courts had the authority to hear cases in law and equity

brought by private citizens against states and that states did not enjoy sovereign immunity from suits made by citizens of other states in federal court. Thus, the amendment clarified Article III, Section 2 of the Constitution, which gives diversity jurisdiction to the judiciary to hear cases "between a state and citizens of another state."

13. **Amendment XIV Section 1.** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the

laws. Section

2. Representatives shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the executive and judicial officers of a state, or the members of the legislature thereof, is denied to any of the male inhabitants of such state, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of -male citizens twenty-one years of age in such state.

Section 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any state, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any state, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

Section 4. The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any state shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

Section 5. The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

14. **The Fourteenth Amendment** addresses many aspects of citizenship, the rights of citizens and the equal protections of the laws. Civil Rights, Due Process Clause and Equal Protection Clause are important integral rights that apply to this case.
15. **Civil Rights** A civil right is an enforceable right or privilege, which if interfered with by another gives rise to an action for injury. Discrimination occurs when the civil rights of an individual are denied or interfered with because of the individual's membership in a particular group or class. Various jurisdictions have enacted statutes to prevent discrimination based on a person's race, sex, religion, age, previous condition of servitude, physical limitation, national origin, political affiliation and in some instances sexual orientation.
16. **Due Process The Fifth Amendment** says to the federal government that no one shall be "deprived of life, liberty or property without due process of law." The Fourteenth Amendment, ratified in 1868, uses the same eleven words, called the Due Process Clause, to describe a legal obligation of all states. These words have as their central promise an assurance that all levels of American government must operate within the law ("legality") and provide fair procedures. Substantive Due Process Substantive due process has been interpreted to include the right to work in an ordinary kind of job, marry, and to raise one's children as a parent.

17. **Equal Protection** The Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution prohibits states from denying any person within its territory the equal protection of the laws. This means that a state must treat an individual in the same manner as others in similar conditions and circumstances. The Federal Government must do the same, but this is required by the Fifth Amendment Due Process.
18. STATUTORY PROVISIONS INVOLVED

    **18 U.S. Code§ 241** - Conspiracy against rights If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same.

19. **18 U.S. Code§ 242** - Deprivation of rights under color of law Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of "citizens, shall be fined under this title

or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to
commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both. 18 U.S. Code§ 286, Conspiracy to defraud the U.S. Government Whoever enters into any agreement, combination, or conspiracy to defraud the United States, or any department or agency thereof, by obtaining or aiding to obtain the payment or allowance of any false, fictitious or fraudulent claim, shall be fined under this title or imprisoned not more than ten years, or both.

**18 U.S. Code§ 287,** False, fictitious or fraudulent claims Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title.

more than 10 years, or both. (b) The fine imposed for an offense under this section may exceed the maximum otherwise provided by law, if such fine does not exceed $5,000,000 and-the gross loss to the Government or the gross gain to a defendant is $500,000 or greater; or the offense involves a conscious
-or reckless risk of serious personal injury. (c) The maximum fine imposed upon a defendant for a prosecution including a prosecution with multiple counts under this section shall not exceed $10,000,000.
(d) Nothing in this section shall preclude a court from imposing any other sentences available under this title, including without limitation a fine up to twice the amount of the gross loss or gross gain involved in the offense pursuant to 18 U.S.C. section 3571(d). (e) In determining the amount of the fine, the court shall consider the factors set forth in 18 U.S.C. sections 3553 and 3572, and the factors set forth in the guidelines and policy statements of the United States Sentencing Commission, including- the need to reflect the seriousness of the offense, including the harm or loss to the victim and the gain to the defendant; whether the defendant previously has been fined for a similar offense; and any other pertinent equitable considerations. (f) A prosecution of an offense under this section may be commenced any time not later than 7 years after the offense is committed, plus any additional time otherwise allowed by law. (g)(1) In special circumstances and in his or her sole discretion, the Attorney General is authorized to make payments from funds appropriated to the Department of Justice to persons who furnish information relating to a possible prosecution under this section. The amount of such payment shall not exceed
_$250,000. Upon application by the Attorney General, the court may order that the Department shall be reimbursed for a payment from a criminal fine imposed under this section. (2) An

individual is not eligible for such payment if-        that individual is an officer or employee of a Government agency who furnishes information or renders service in the performance of official duties; that individual failed to furnish the information to the individual's employer prior to furnishing it to law enforcement authorities, unless the court determines the individual has justifiable reasons for that failure; the furnished information is based upon public disclosure of allegations or transactions in a criminal, civil, or administrative hearing, in a congressional, administrative, or GAO report, hearing, audit or investigation, or from the news media unless the person is the original source of the information. For the purposes of this subsection, "original source" means an individual who has direct and independent knowledge of the information on which the allegations are based and has voluntarily provided the information to the Government; or that individual participated in the violation of this section with respect to which such payment would be made. (3) The failure of the Attorney General to authorize a payment shall not be subject to judicial review. (h) Any individual who- (1) is discharged, demoted, suspended, threatened,
-harassed, or in any other manner discriminated against in the terms and conditions of employment by an employer because of lawful acts done by the employee on behalf of the employee or others in furtherance of a prosecution under this section (including investigation for, initiation of, testimony for, or assistance in such prosecution), and (2) was not a participant in the unlawful activity that is the subject of said prosecution, may, in a civil action, obtain all

relief necessary to make such individual whole. Such relief shall include reinstatement with the same seniority status such individual would have had but for the discrimination, 2 times the amount of back pay, interest on the back pay, and compensation for any special damages sustained as a result of the discrimination, including litigation costs and reasonable attorney's fee's.

20. **18 U.S. Code§ 1951(a)(b)(2),** Interference with comm. by threats or violence Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. As used in this section- (1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the

presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or, obtaining. The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right. The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction.

## INTRODUCTION

21. This civil rights lawsuit asks whether the government may seize a Father's rights without any indication of criminal activity, pursuant to unlawful and unconstitutional federal agency policies or practices that violate the rights of thousands of BLACK MEN in Massachusetts.

22. In addition to seeking the return of their unconstitutionally seized Father's Rights, and compensatory damages, Plaintiff seek declaratory and injunctive relief on behalf of himself, unlawful and unconstitutional policies, or practices in the Commonwealth of Massachusetts, which placed Plaintiff in a Data Bank for 75 YEARS, FALSELY, JUST SO HIS RIGHTS BE CHAINED.

23. AGAIN, The Department Of Children Family ("DCF") have policies or practices of seizing Black Fathers rights without reasonable suspicion or probable cause and based solely on the Department "Interpretation" What constitute Neglect, and Abuse, based on "their" version, and **nothing** "else", while falsifying Narrative to suit Agency Policy, to permanently own those rights; and violates the Fourth Amendment.

24. DCF's policy or practice violates the Fourth Amendment When it seized Plaintiff Protective Rights, without probable cause, and with reckless disregard for truth as to whether their allegations were true.

25. On May 20, 2022, Plaintiff Had a Fair Hearing, Scheduled 5 months in advance. Plaintiff trusted his rights were going to be respected. Instead, Plaintiff arrived, to find the New Bedford Police waiting for him.

26. As Plaintiff entered the department Lobby, accompanying him, were two other persons. They appeared to be some sort of venders, and they had business with the department.

27. Upon coming out of the elevator, immediately to Plaintiff left, A white male police officer started to gaze at Plaintiff, and following him ONLY (NOT COOL).

28. As the two vendors met with what looked like a social worker. (THEY WERE NOT BEING MONITORED AS PLAINTIFF.)

29. Plaintiff arrives at the window, and says:" My name is Arnold A. Noel, and I'm here for my scheduled 2pm. Meeting."

30. While at the same time, Plaintiff is noticing that the police, following closer, (WHILE

HAVING HIS HANDS ON HIS GUN!" DENY IT, MY BODY CAMERA WAS ON, YOU GUYS HAVE UNLEASHED DOOMED!" THE PUBLIC WILL SEE HOW YOU OPERATE.

31. The Staff behind the class window says:" Let me get my supervisor." A supervisor arrives, and her name is Barbosa. And this is what the first word from her mouth: "Your meeting was canceled."

32. Plaintiff: "Oh really, please tell me why?"

33. Barbosa:" You failed to show, and we waited for you, and finally we canceled."

34. Plaintiff:" So, you guys canceled my constitutional provision scheduled meeting, that was set 5 months? And you just telling me this? Why didn't you guys' mail this to let me know?

35. Barbosa, supervisor:" They tell me you were sent an email."

36. Plaintiff:" Why are you here then? I know you are part of the persons that supposed to be here with me, according to this sheet of paper in my hands."

37. Barbosa:" Well this letter is from Fair Hearing, and they are in Boston. We are a separate entity all together."

38. Plaintiff:" Whether your earth, and they are heaven, it doesn't matter, I know, I have a business matter pertaining to my Federal Rights, and you just can't cancel on an email. Come on."

39. Barbosa:" Why are you yelling."

40. Plaintiff:" What did I say that was so loud?"

41. Barbosa:" You seemed upset, that the fair hearing canceled your hearing scheduled for today but was rescheduled and you didn't show."

42. Plaintiff:" So, let me get this straight, ok. You are here, as you stated because you had this date on your calendar, and you kept it open just for today. And now you're saying it's the fair hearing's fault, and that you're not responsible, but just a supervisor here, and you don't control Boston."

43. Barbosa:" Mr. Noel, you failed to show, and the fair Hearing deemed a no show, and canceled."

44. Plaintiff: "All I Know, this letter in my hands is the deed to my right. You cannot change an official date, pursuing to my constitutional rights, and telling me, and email was sent. Nice try. What I suggest, please, call somebody, anybody. Send an email, let them know, I was here, on time and waiting with you, an acting supervisor, and if it was true, you wouldn't have admitted you blocked this day off, just for this event. Therefore, someone dropped the ball, it's not me. Please call someone."

45. THE WHITE OFFICER, HAND ON HIS GUN, WATCHING ME! I WASN'T' SCACRED, I HAVE MY BODY CAMERA, AND YOU DID TOO, SO, LETS SEE WHO BRINGS THE TRUTH OUT FIRST, AND WHOSE NARRATIVE THE PUBLIC WILL VIEW YOUR?

46. Barbosa:" I don't feel safe, you're getting angry."

47. Plaintiff:" Why, I'm not yelling, I'm just asking questions, and you keep saying I'm loud, I'm

angry."

48. Barbosa:" I don't feel safe in this office."

49. Plaintiff: "Well, I'm not sure why you're not safe, and I'm not sure why you're even saying those things?"

50. Barbosa:" Your angry because you didn't show. And you blaming this department and you're coming here yelling at me."

51. Plaintiff:" So, I see what's happening here. Believe Me, I see it all."

52. Barbosa:" If you're not happy, you can take this up with Boston, not this department, we cannot

change The Fair Hearing Policy."

53. Imagine that. DCF, is scheming to defraud your Plaintiff rights.

54. What do you think Plaintiff did?

55. Oh yeah, I started an email chain.

56. Within seconds of getting inside my car, emails were sent out.

57. The fair hearing tried to cast the blame. The email is attached.

58. In summary, DCF was caught lying, and they rescheduled another Fair Hearing, For August 16, 2022, for 1 pm.

59. However, on August 11, an email was stealthily sent stating:" Please note that this is the only notification you will relive regarding the new Fair Hearing date of 9/27/2022."

60. So, five days before my constitutional provision, canceled.

61. No warning, no notice through first class mail, but just an email.

62. Yes indeed, Plaintiff rights are like a disposable toilet tissue, disposal as you wish,

after doing your business, isn't that right?

63. This is a challenging moment for the law of discrimination. The state's role in discrimination has largely shifted from requiring discrimination—through official policies such as segregation—to prohibiting discrimination—through federal laws, NOW STATRURE LAW, BRILLANT!

64. Yet the problem of discrimination persists, often in forms that are hard to regulate or even to recognize, UNTIL NOW. I AM AWARE AND HAVE PROOF, LIE, I DARE YOU ALL.

65. At this challenging moment, PLAINTIFF HAS NO CHOICE BUT TO COME TIT FOR TAT!

66. First, I'm going to expose all the people they done this too, so they can come, and get LAWYERS, TO COME AFTER YOU GUYS. BECAUSE I'M PRO SE, SO YOU THINK I DON'T KNOW, OK, KEEP THINKING THAT, THAT'S WHAT I WANT!

67. Second, THOSE COMPANIES YOUR USING, THAT YOU DID'NT THINK I KNEW ABOUT, THAT YOU WROTE A MEMORAUNDUIM OF LAW TO PROVE IT, WELL, 10 AM TOMOROWING MORNING, AUGUST 31, I'M GOING LIVE ONLINE EXPOSING EVERYTHING YOU BELIEVE I DON'T HAVE.

68. ALSO, THE COVER UP MURDER JACKIE FAHERTY BEEN HIDDING WHEN SHE DEALT WITH THE HEAVY MEDAL POISON OF MY MOTHER LAW, 2012, ALL THOSE EVIDENCE, WILL BE EXPOSED, TO SHOW THE LOW LEVEL TO COVER UP RIGHTEOUS THINGS THE LAW WAS SUPPOSED TO HANDLE ON ITS OWN MERRITS, DUE TO THE EVIL INTENT BEHIND IT, BUT GREED, CORRUPTION, IS THE GAME.

69. I DON'T WANT TO PLAY THE DEVIL'S GAME WITH YOU PEOPLE. GIVE ME BACK MY RIGHTS, STOP RECORDING ME, AND STOP FOLLOWING ME!

70. YES, THE NEW ACTING ATTORNEY GENERAL, IS COLLUDING TO DISQUALFY ME AS WELL AS THOSE LAW FIRMS, SIMPLY THEY BELIEVE THEY HAVE THE POWER.

71. LISTEN, YES YOU HAVE THE POWER, LETS SEE WHAT YOU DO WHEN A BLACK MAN, WHO HAS VIDEO, AUDIO, AND EXPOSE ALL YOUR LIES, YOU'VE BEEN CLAIMING DOESN'T EXIST.

72. LET'S SEE HOW YOU CLAIM DEFAMATION FOR THINGS YOU CLAIM I'M MAKING UP; LETS SEE HOW THE PUBLIC TAKE IT!

73. Ultimately, what's happening here is a bigger scheme to steal Plaintiff rights.

74. The state plays important roles in intimate discrimination at a structural level. By creating these laws, 51A, section 112, and enacting stature language, just so they can now legally own black man, the black code all over again.

75. Yes, had I not known my rights, you guys would have me locked up, and my name destroyed over something I didn't do, but, the attorney general who supposed to be for the people, is sleeping with the enemy, because of political favors, of donations, yeah, I know about that, the public will hear about all your dirty secrets. You messed with the wrong black man; they will not love you after they HEAR murder investigation was done over a murder THAT YOUR GENERAL COUNSEL WAS BRIBED TO COVER UP, I HAVE PROOF, AND I'LL INCLUDE IT IN THE EXHIBIT DRIVE.

76. I have proof, your counsel for the office of the chief medical examiner, Jacki, ask her. She will deny it. I will release all the videos. Oh yea, Jackie remembers my words:" YOUR BEING RECORDED: I SWEAR BY THE LIVING GOD, I'M GOING TO EXPOSE YOU." ITS TIME FOR THE WORLD TO SEE, WHY YOU HAVENT BEEN DISCIPLINE, BECAUSE THE MONEY THE HUSBAND ATTORNEY GAVE YOU. I KNOW IT, THIS IS NOT A LIE.

77. The state therefore should reform its laws and policies to attend to black man, which their constitutional rights were taken, without proper due process.

78. These Law Firms is getting away of not answering nor denying any of claims, because I am black, had I been white, all those crimes done against me would been heard, but know they ARE, scheming to dismiss my claims, think again. See what happen next.

79. You know why cockroaches run when the light comes on? They are nocturnal and any light hurts them! We'll all names, and prestigious titles, exposed very soon, I'm the terminator, I 'm spraying the light of truth, and YOU WILL RUN VERY SOON, AND I DON'T CARE WHAT YOU DO AFTER, BECAUSE THE PUBLIC WILL BACK ME UP, WATCH!

80. For race, the state's goal should not be to encourage for its agency to target BLACK MEN, BUT HELP. NOT ALL BLACK MEN FIT THE STIGMA THAT WE ARE VIOLENT PEOPLE. Recognizing how structure THINKING MAKES YOU TARGET ME, THINKING I WON'T KNOW YOUR METHODS! THINK AGAIN.

81. NOTHING in the annals of our law better reflects the primacy of American concern with liberty over equality than the comparative careers of the due process and equal protection

clauses of the Fourteenth Amendment.

82. "This is what Mr. Justice Holmes as" the last resort of constitutional lawyers" has long been treated by the Court as a dubious weapon in the armory of judicial review. But after eighty years of relative desuetude, the equal protection clause is now coming into its own. "

83. We also know that the equal protection clause, the only clause of section one of the Fourteenth Amendment that added new language to the Constitution, was originally regarded as the most basic and sweeping of the three, although they were admittedly overlapping and duplicatory. It alone is found in virtually all the forms of the proposed amendment in the Thirtyninth Congress. Embodied explicitly in the Freedman's Bureau, Civil

84. The Fourth Amendment provides that: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated . . . ."In *Bell v. Hood*, 327 U. S. 678 (1946), we reserved the question whether violation of that command by a federal agent acting under color of his authority gives rise to a cause of action for damages consequent upon his unconstitutional conduct.

85. Listen, *First*. Federal cases have long since rejected the notion that the Fourth Amendment proscribes only such conduct as would, if engaged in by private persons, be condemned by state law. Thus in *Gambino v. United States*, 275 U. S. 310 (1927),

86. Accordingly the Fourth Amendment reached only to conduct impermissible under the law of the State, the Amendment would have had no application to the case. Yet this Court held the Fourth Amendment applicable and reversed petitioners' convictions as having been based upon evidence obtained through an unconstitutional search and seizure.

87. Similarly, in *Byars v. United States*, 273 U. S. 28 (1927), a petitioner was convicted on the basis of evidence seized under a warrant issued, without probable cause under the Fourth Amendment, by a state court judge for a state law offense.

88. At the invitation of state law enforcement officers, a federal prohibition agent participated in the search. This Court explicitly refused to inquire whether the warrant was "good under the state law . . . since in no event could it constitute the basis for a *federal* search and seizure." *Id.,* at 29 (emphasis added).[6]

89. Look, regarding electronic surveillance: " For the Fourth Amendment protects people, But what Your Plaintiff, A.A.N seeks is: to preserve as private, even in an area accessible to the public, may be constitutionally protected. 352*352 See *Rios v. United States*, 364 U. S. 253; *Ex parte Jackson*, 96 U. S. 727, 733.

90. Plaintiff, A.A.N is a private citizen, asserting no authority other than his own, will not normally be liable in trespass if he demands, and is granted, admission to another's house. See W. Prosser, The Law of Torts § 18, pp. 109-110 (3d ed. 1964); 1 F. Harper & F. James, The Law of Torts § 1.11 (1956).

91. But one who demands admission under a claim of federal authority stands in a far different position. Cf. *Amos v. United States*, 255 U. S. 313, 317 (1921). The mere invocation of federal power by a federal law enforcement official will normally render futile any attempt to resist an unlawful entry or arrest by resort to the local police; and a claim of authority to enter is likely to unlock the door as well. See *Weeks v. United States*, 232 U. S. 383, 386 (1914); *Amos v. United States, supra.*[7] "In such cases there is no safety for the citizen, *395 except in the protection of the judicial tribunals, for rights which have been invaded by the officers of the government, professing to act in its name. There remains to him but the alternative of resistance, which may amount to crime." *United States v. Lee,* 106 U. S. 196, 219 (1882).[8] Nor is it adequate to answer that state law may take into account the different status of one clothed with the authority of the Federal Government.

92. For just as state law may not authorize federal agents to violate the Fourth Amendment, *Byars v. United States, supra*; *Weeks v. United States, supra*; *In re Ayers*, 123 U. S. 443, 507 (1887), neither may state law undertake to limit the extent to which federal authority can be exercised. *In re Neagle,* 135 U. S. 1 (1890).

93. The inevitable consequence of this dual limitation on state power is that the federal question becomes not merely a possible defense to the state law action, but an independent claim both necessary and sufficient to make out the plaintiff's cause of action. Cf. *Boilermakers v. Hardeman*, 401 U. S. 233, 241 (1971).

94. *Third.* That damages may be obtained for injuries consequent upon a violation of the Fourth Amendment by federal officials should hardly seem a surprising proposition. Historically, damages have been regarded as the ordinary remedy for an invasion of personal interests in liberty. See *Nixon v. Condon,* 286 U. S. 73 (1932); *396 *Nixon v. Herndon,* 273 U. S. 536, 540 (1927); *Swafford v. Templeton,* 185 U. S. 487 (1902); *Wiley v. Sinkler,* 179 U. S. 58 (1900); J. Landynski, Search and Seizure and the Supreme Court 28 *et seq.* (1966); N. Lasson, History and Development of the Fourth Amendment to the United States Constitution 43 *et seq.* (1937); Katz,

The Jurisprudence of Remedies: Constitutional Legality and the Law of Torts in *Bell v. Hood*, 117 U. Pa. L. Rev. 1, 8-33 (1968); cf. *West v. Cabell*, 153 U. S. 78 (1894); *Lammon v. Feusier*, 111 U. S. 17 (1884).

95. Of course, the Fourth Amendment does not in so many words provide for its enforcement by an award of money damages for the consequences of its violation. But "it is . . . well settled that where legal rights have been invaded, and a federal statute provides for a general right to sue for such invasion, federal courts may use any available remedy to make good the wrong done." *Bell v. Hood*, 327 U. S., at 684 (footnote omitted).

96. **Jurisdiction**

97. This Court has jurisdiction under, section 1985 of title 42 28 U.S.C. § 1331 and Plaintiffs bring their class-wide statutory and Fourth Amendment claims under the Plaintiffs bring their individual Fourth Amendment claim for compensatory damages under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

**Venue**

1. Venue is proper in the United States District Court for the District of Massachusetts under 28 U.S.C. § 1391(b)(2) and 1391(e)(1)(B) and Federal Rule of Criminal Procedure 41(g) because Defendants' unlawful and unconstitutional conduct occurred, and on information and belief continues to occur, in my house from a bench warrant arrested your plaintiff, without , probable cause, on November 2021.

**Parties**

*Johnathan v Rodrigues, JR. 94-116 Makoa Street, Waipahu, HI 96797-4725*

A. Named Defendants for HAWAIIAN TELCOM will be Known as (HTELOM AGENTS) Named OF C.E.O Eric K Yeaman, C.E.O, is an adult citizen of the United States and is a resident of 1177, Bishop Street, Honolulu, HI 96813.

2. STEVEN GOLDEN, VICE PRESIDEN PRESIDENT, with corporate address 1029 Makolu St # D Pearl City, HI 96782.
LES UEOKA, EXEC DIRECTOR, with corporate address 1029 1021 Kikowaena Pl Honolulu, HI 96819
ROY WHITNEY, MANAGER, with corporate address, 60 S Church St Wailuku, HI 96793

3. JOHN V. RODRIGUES, SENIOR SECURE DNA SECURITY CONSULANT, with address address 1029 Makolu St # D Pearl City, HI 96782. / *1060 Pleasant St, New Bedford, MA 02740*

4. GIAVANNA RODRIGUES, RECRUITER, residents at 644 Kempton street, New Bedford, MA. 02740.

5. CHRISTOPHER L. DESOUSA, P.I (Hired by FMG LAW)residents, 343 Spencer Street Fall River, 02721.

6. BRIDGET DESOUSA, 343, Spencer Street, Fall River MA. 02721.

7. MONTE P DAWSON, C.E.O( EAST COAST ELECTRONICS, SECRET DEVICES WHERE ATTORNEYS PURCHASE ILLEGAL DEVICES TO SPY ON PEOPLE THEY CONDUCT SURVILLANCE ON WITHOUT COURT APPROVAL, resident address 5 Old Slab Bridge Road, Assonet, Ma, 02702.

8. ATTORNEY GENERAL MAURA HEALEY, (Ignoring All Evidence, Colluding in Secret, Pretending She Is not Aware, while hiding other evidence for her staffs, Jackie Farherity, Sharea Barbosa, D.C.F Fair Hearing.), place Boston MA.

9. DEPARTMENT OF CHILDREN SERVICES, Office located in Boston, Ma

10. SHARAE BARBOSA, D.C.F AGENT, Office Located in New Bedford, MA.

11. KATHLEEN A. REAGAN, ESQ OFFICE AT 350 GRANITE STREET BRAINTREE, MA. 02184

12. FREEMAN/MATHIS & GARY, LLP BUSINESS LOCATED IN 60 STATE STREET, BOSTON MA 02109

*Sharea Barbosa 175 Middle RD Achushnet, MA 02743*

13. FLYNN/WIRKUS/YOUNG, P.C, BUSINESS LOCATED 350 GRANITE STREET, BRAINTREE MA, 02184.

**Factual Allegations**

A. FMG LAW HIRED EAST COAST ELECTRONICS MONTE P DAWSON, AND CHRISPTOPHER L. DESOUSA TO SPY ON PLAINTIFF ARNOLD A. NOEL, AND TO GET BACK GROUND INFORMATION THROUGH JOHN V RODRIGUES, WHO STORES ALL THESE IN HAWAIIAN TELCOM DATA BASED

14. On August 19, a "Carlos came upon Plaintiff property seeking legal services. Hey rang the ring doorbell."
15. Now, unexpected to get a response, his facial expression was so telling.
16. Now he begins:" Hi, I'm Looking for legal assistance."
17. Plaintiff, A.A.N,: " How did you find me?
18. Carlos: "Online, and under lawyers."
19. A.A.N:" So, did any other names showed up?"
20. Carlos:" No, just yours?"
21. Ok. First, I don't have that much high ranking for my my name to come on top of google list, and second, he was lying.
22. After I told him, look, I'm not a lawyer, and if he wish, send me his number.
23. He did, and he c.c another person on that text.
24. This was a SMS worm, so Monte, P Dawson can forward that to John V. Rodrigues.
25. Look, After the so-called Carlos left my property, I NOW DECIDED TO IMPLEMENT MY CONTACTS, AND PUT A STOP TO ALL THERE ILLEGAL Activities.
26. So, I called a friend I met, and his name is J.G.A.
27. Now, I know I'm being watch, and and they know what I'm saying, so I place my phone on airplane mode, and text my friend.: "J, I need a favor. Here is a picture, please get everything on this guy. I can't take another day any one company to my house, just to harass me."
28. Now, I sent this on that same day.
29. On Saturday, I get this message:" You have a lot of people looking into your education background, and medical records, and cory checks."
30. A.A.N:" What the heck!"
31. J:" Do you know why? Also, two from a government department, three from higher educations, and 17 from your financial records."
32. A.A.N:" Yo!, what the heck!"
33. J:" Your CBD treatment, they logon there. That can be done through the Government."
34. A.A.N: "hold up, what.?"
35. J:" There's more, they even went so far to dig things on  CALAIRZILA FLURIMOND."
36. A.A.N.:" That picture, that guy real name is Christopher L. Desousa. He lives with his wife, or girl, her nursing assistance license is about to renew soon."
37. J." He was hard to find, a speeding ticket back on June 2001, he was like speeding. He loves luxury cars." They got a great operation going on. I'll send you see car photo, next time you see it."
38. Now, you know Plaintiff was blown away! Wait, theres more.
39. J:" Now, he is working with a Monte Dawson. There are two, one appears to be a son, aka bouncer."
40. A.A.N: " What the heck man. Why they coming at me?
41. J:" They want you to go away." Don't even go to the state court, they got everthing arranged." Quickly make a motion to go to federal COURT." They have favors coming. Also, go to the public, mention your mother-law, they going to try to make a restraining order on you like they did last time, when you caught Jacki Farethy."
42. Now, I'M LIKE LOST FOR WORDS.

43. J:"The most interesting part about this is: " They have the court waiting for you to make an error on the rules, so don't skip anything, they seeking dismissal with prejudice, and claim barring, so be careful."

44. Ok, A.A.N is in a state of shock.

45. What's also important, is the other names of all the cases both firms have and had that people they did this too.

46. I AM GOING TO SAVE THOSE PEOPLE. YOU CAN COME AT ME, BECAUSE I FIGHT BACK.

47. J:" This information you have, just show a little at a time, they seeking to make you disclosed everything, so they can use it against you."

48. A.A.N:" I DON'T CARE AT THIS POINT; I WANT TO GET THEM BACK!"

49. J." Do not allow them to get all the evidence at once. Focus on that company, all of

John V rodirigues work there. There is two of them, the other is Juan J rODRIGUES, HE LIVES IN YORK. Focus on the ones in Hawiie thats where the treasure of evidence is. Forget BOUT THE LAWYERS. They never denied anything, just let them, bury themselves. Take this disk, use there last digit of their social security numbers of their kids, and send it to there kids email. The ones that respond in anger, is the ones setting you up."

50. J:" Get a track phone, and no more texting, and don't let them know anything of what they doing. They trying to get your wife make your son get your APPLE ID, SO THEY CAN ERASE YOUR HARD DRIVE."

51. J:" Remember Gia, well she was sent to take pictures of your degrees, so they can verify what school you went to. Kathleen, believes you're a phony. She cant find you in any of the school data, accept for your certitification at B.U."

52. A.A.N: "Why do they care so much?"

53. J:" The team now is set on getting you. Watch out for the Attorney general,. She has things on you to make you look bad."

54. A.A.N:" Like what."

55. J:" Well, they seeking to get your juvenile files open."

56. A.A.N: "What the Heck."

57. J.:" That's lock, and someone tried to pull it."

58. Ok, I had it. ALL OF YOU GUYS KNOW THIS MEANS WAR!

59. I'M GOING TO FILE TO MOTION, AND WILL AMEND MY COMPLAINT.

60. THE DEFENDANTS ARE SEEKING Illegal means to hurt Plainiff, and the the COURT does not answer to any of the claims, but allowed them to deflect, so as to be held accountable. Well, I'M GOING TO PUBLISH YOUR LIES, AND EVERTHING YOU GUYS ARE HIDDING, AND WE WILL SEE WHAT THE PUBLIC SAYS! GET READY!

61. So defendants, have been giving to much pass to hide and deny any wrong doing, from another FALSE AFFIDIVIT. IT'S NOT THE FAULT OF THE COURT, NOR DEFENDANTS, THAT JUSTICE ALLUDES HIM, ITS BECAUSE, PLAINTIFF HAVE BEEN WAITING FOR THE COURT, BUT LOOK, 3 LAW FIRMS LYING, AN ATTORNEY GENERAL HIDDING A STAFF CRIMINAL WRONGS, HIDDING EVIDENCE TO POSION, AND NOW A THIRD PARTY IS STEALING MY IDENTIY, PLAINTIFF BROUGHT PROOF, BUT ALL THE LAW FIRM IS DOING IS GIVING THE LICENSE TO LIE SOME MORE. OK KEEP LYING, TOMMOROW MORNING, ILL' LET THE WORLD JUDGE EVERYTHING.       IM RELEASING THE JACKIE FARETHY CRIMES, I LETTING ALL THE CLIENTS THOSE FIRMS HID, AND DID THE SAME TO LIKE ME. I REALEASING EWVERYTHING THAT THEY SAID WAS NOT REAL, THEN WE CAN COME INTO A REAL FIGHT, BECAUSE ILL COUNTER SUE YOU LIARS, AND COWARDS, AFRAID TO AMNSWER, AND YOU CALL YOURSELF LAWYERS, COWARDS! WATCH WHAT HAPPENS. ALL OF IT LIVE, I DON'T CARE WHAT HAPPENS NEXT.

## Request for Relief

**WHEREFORE,** Plaintiffs respectfully request that this Court:

A. ANSWER ALL ALLEGATIONS, OR ELSE IM PUTTING IT OUT, AND THEY WILL COME BACK AND SUE, AND ILL REMIND THEM, THEY CLAIM THE EVIDENCE NEVER WAS REAL. ANSWER THE ALLEGATIONS COWARDS!

## Jury Demand

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs demand a trial by jury of all issues so triable.

Dated: August 30, 2022.        Respectfully submitted,

\
_____
ARNOLD A. NOEL

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30 day of AUGUST, 2022, I electronically SENT DEFENDANTS LAWFIRM A COPY AND WILL BE OVER NIGHTING.
INJUNCTIVE RELIEF AND FOR INDIVIDUAL RELIEF OF RETURN OF PRIVACY IMAGES, VIDEOS, AUDIO FROM THE ILLEGAL SURVILLIANCE NOT APPROVED BY THE COURT!

I further certify that I caused a copy of the foregoing Complaint to be sent by certified mail to the following address:
Attorney General William Barr
1 ASHBURTON
BOSTON MA, 02108.

/s/ ARNOLD.A.NOEL